RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Gustavo Navaro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-180-RFB |
| Plaintiff, | **STIPULATION TO RESET SENTENCING DATE** |
| v. | (First Request) |
| GUSTAVO NAVARO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Gustavo Navaro, that the sentencing hearing currently scheduled for January 19, 2016, be vacated and reset to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Pre-sentence Report has been disclosed to the parties and there are no objections or corrections that need to be made. The parties are ready to proceed with sentencing.

2.      Sentencing in this matter is currently set for Tuesday, January 19, 2016.  Mr. Navaro is requesting that the Court reset his sentencing date for the next available Thursday or Friday.  Mr. Navaro's wife works Monday through Wednesday, and will only be able to attend his sentencing if it is set on a Thursday or Friday.

3.      The parties additionally ask that this Court set this matter at the next available Thursday or Friday after January 11, 2015, as the Government counsel is in trial the first week of January.

4.      The parties agree to the sentencing hearing being reset.

This is the first request to reset the sentencing date filed herein.

DATED this 28th day of December, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO NAVARO,<br><br>　　　　　Defendant. | Case No. 2:15-cr-180-RFB<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　The Pre-sentence Report has been disclosed to the parties and there are no objections or corrections that need to be made.  The parties are ready to proceed with sentencing.

　　2.　Sentencing in this matter is currently set for Tuesday, January 19, 2016.  Mr. Navaro is requesting that the Court reset his sentencing date for the next available Thursday or Friday.  Mr. Navaro's wife works Monday through Wednesday, and will only be able to attend his sentencing if it is set on a Thursday or Friday.

　　3.　The parties additionally ask that this Court set this matter at the next available Thursday or Friday after January 11, 2015, as the Government counsel is in trial the first week of January.

　　4.　The parties agree to the sentencing hearing being reset.

**ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for January 19, 2016, at 10:30 a.m., be vacated and reset to 2/19/2016 at the hour of 10 : 30 a .m.

DATED this 4th day of January, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE