UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Gustavo Navaro

Case No.: 2:15CR00180

TRANSFER OF JURISDICTION

November 10, 2021

TO: The Honorable Richard F. Boulware
United States District Judge

On February 19, 2016, Gustavo was sentenced to 84 months custody, followed by five years of supervised release for committing the offense of Use of a Firearm During and in Relation to a Crime of Violence. Supervised release commenced on May 27, 2021.

The purpose of this correspondence is to request that jurisdiction in this case be transferred to the Eastern District of California. On June 17, 2021, supervision was transferred to the Eastern District of California, as such, Navaro plans to reside there for the remainder of his supervision. The Eastern District of California has requested jurisdiction in this case be transferred so they may deal with violations of his supervised release.

Should you have further questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2021.11.12 08:20:22 -08'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.11.12 08:00:24 -08'00'

Brian Blevins
Supervisory United States Probation Officer

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:15CR00180 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gustavo Navaro<br>Eastern District of California<br>, | Nevada | U.S. Probation Office |

| | |
|---|---|
| NAME OF SENTENCING JUDGE | Richard F. Boulware |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/27/2021 — TO 5/26/2026 |

**OFFENSE**
Use of a Firearm During and in Relation to a Crime of Violence.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 12, 2021
*Date*

RICHARD F. BOULWARE, II
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*     *United States District Judge*